John E. Peer  SBN: 95978
WOOLLS & PEER
One Wilshire Blvd 22nd Floor
Los Angeles, CA 90017
(213) 629-1600

# UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION
# WESTERN DIVISION

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY Plaintiff(s)<br><br>v.<br><br>RIVERA TRUCKING LLC, ET AL.<br><br>Defendant(s) | **CASE NUMBER:**<br>2:21-CV-04236-MWF(JPRX)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons         ☐ First Amended Complaint      ☐ Third Party Complaint
      ☑ Complaint       ☐ Second Amended Complaint     ☐ Counter Claim
      ☐ Alias Summons   ☐ Third Amended Complaint      ☐ Cross Claim
      ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **RIVERA TRUCKING LLC**
   b. ☑ Other *(specify name and title or relationship to the party/business named)*:
      **Andrew C. Carey - Agent for Service of Process**
   c. ☑ Address where the papers were served: **14416 NARCISSE DRIVE**
                                              **EASTVALE, CA 92880**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Balinda Carey - Wife/Person Most Knowledgeable**
      Age: 46-50        Weight: 161-180       Hair: Brown       Sex: Female
      Height: 5'1-5'6   Eyes: Brown           Race: Latino      Marks:

      1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **6/7/2021** at *(time):* **2:31 PM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Jun 07, 2021 - DECLARATION OF MAILING ATTACHED

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:** WOOLLS & PEER
**CLIENT FILE #:** Matter 14833                         **DATE:** June 07, 2021

**SUBJECT:** RIVERA TRUCKING LLC
**SERVED:** Balinda Carey - Wife/Person Most Knowledgeable

**Summons; Complaint; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE TO PARTIES IF COURT-DIRECTED ADR PROGRAM; PLAINTIFFS NOTICE OF INTERESTED PARTIES;;**



Order#: LA157981/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:**  *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **Christian Canas**
   **Nationwide Legal, LLC**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**

   a. Fee for service: $ **424.60**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**1328**
      County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **June 07, 2021**    **Christian Canas**
                          *Type or Print Server's Name*                    *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                              PAGE 2
                                                                          LA157981

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John E. Peer | SBN: 95978<br>WOOLLS & PEER<br>One Wilshire Blvd 22nd Floor   Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 629-1600 | FAX NO. | E-MAIL ADDRESS jpeer@wpdslaw.com<br>ATTORNEY FOR (Name): Plaintiff: | |

| UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION | |
|---|---|
| STREET ADDRESS: 350 W 1ST STREET, SUITE 4311 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: WESTERN DIVISION | |

| PLAINTIFF/PETITIONER: WILLIAMSBURG NATIONAL INSURANCE COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: RIVERA TRUCKING LLC, ET AL. | 2:21-CV-04236-MWF(JPRX) |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>Matter 14833 |

I, Christian Canas , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: RIVERA TRUCKING LLC as follows:

Documents:

   Summons; Complaint; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE TO PARTIES IF COURT-DIRECTED ADR PROGRAM; PLAINTIFFS NOTICE OF INTERESTED PARTIES;;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 5/25/2021 | 7:49 PM | Home | There was no answer at the door. I heard no activity inside the house.<br>14416 NARCISSE DRIVE, EASTVALE, CA 92880 |
| 5/27/2021 | 5:15 PM | Home | There was no answer at the door. I heard no activity inside the house. All the blinds are closed. No cars parked on the driveway.<br>14416 NARCISSE DRIVE, EASTVALE, CA 92880 |
| 5/30/2021 | 10:34 AM | Home | There was no answer at the door. I heard no activity inside the house. Neighbor has no idea who lives here.<br>14416 NARCISSE DRIVE, EASTVALE, CA 92880 |
| 6/7/2021 | 2:31 PM | Home | Substituted service on: RIVERA TRUCKING LLC; 14416 NARCISSE DRIVE, EASTVALE, CA 92880; by serving: Balinda Carey - Wife/Person Most Knowledgeable, Latino Female 46-50 161-180 Brown 5'1-5'6 Brown. |

Fee for Service: **$ 424.60**

**N** County: **San Bernardino**
Registration No.: **1328**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 07, 2021.

Signature: _____

**Christian Canas**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA157981

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| John E. Peer, SBN: 95978<br>WOOLLS & PEER<br>One Wilshire Blvd 22nd Floor<br>Los Angeles, CA 90017<br>TELEPHONE No.: (213) 629-1600 | E-MAIL ADDRESS (Optional): jpeer@wpdslaw.com<br>FAX No. (Optional): | |
| Attorney for: Plaintiff | Ref No. or File No.:<br>Matter 14833 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION - WESTERN DIVISION

Petitioner: WILLIAMSBURG NATIONAL INSURANCE COMPANY
Respondent: RIVERA TRUCKING LLC, ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-CV-04236-MWF(JPRX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE TO PARTIES IF COURT-DIRECTED ADR PROGRAM; PLAINTIFFS NOTICE OF INTERESTED PARTIES;;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:           June 07, 2021
   b. Place of Mailing:          Los Angeles, CA
   c. Addressed as follows:      RIVERA TRUCKING LLC
                                 ATTENTION: Andrew C. Carey - Agent for Service of Process
                                 14416 NARCISSE DRIVE
                                 EASTVALE, CA 92880

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 424.60**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 07, 2021**.

Signature: _____
**Angela Martirosyan**

**PROOF OF SERVICE BY MAIL**

Order#: LA157981/mailproof