JOHN E. PEER - State Bar No. 95978
jpeer@wpdslaw.com
IRA D. GOLDBERG– State Bar No. 88465
igoldberg@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
WILLIAMSBURG NATIONAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RIVERA TRUCKING LLC, OHIO SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:21-cv-04236-MWF (JPRx)<br><br>**REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT RIVERA TRUCKING LLC; DECLARATION OF IRA D. GOLDBERG**<br><br>Complaint filed: May 20, 2021 |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.

Plaintiff Williamsburg National Insurance Company ("Williamsburg") requests that the Clerk of the Above-Entitled Court enter the default in this matter against defendant Rivera Trucking LLC, on the ground that said defendant has failed to appear or otherwise respond to the Complaint or the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. As authorized by Federal Rules of Civil Procedure, Rule 4(e)(1) and 4(h)(1)(A), Rivera Trucking LLC was served with the Summons and Complaint pursuant to CAL. CORP. CODE § 17701.16 and CAL. CIV. PROC. CODE §415.20. Doc. No. 12.  Rivera Trucking LLC was served with the Summons

855133.1

and First Amended Complaint pursuant to CAL. CORP. CODE § 17701.16 and CAL. CIV. PROC. CODE §415.20. Doc. No. 23.

Rivera Trucking LLC has not appeared or responded to the Complaint or the First Amended Complaint.

The foregoing facts are set forth in the accompanying declaration of Ira D. Goldberg, filed herewith.

Respectfully submitted.

DATED: August 13, 2021

WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation

 /s/ IRA D. GOLDBERG
 JOHN E. PEER
 IRA D. GOLDBERG
 Attorneys for Plaintiff
 WILLIAMSBURG NATIONAL
 INSURANCE COMPANY

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

2

[Case No.: 2:21-cv-04236-MWF (JPRx)
[REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF IRA D. GOLDBERG]

855133.1

**DECLARATION OF IRA D. GOLDBERG**
**IN SUPPORT OF REQUEST TO ENTER DEFAULT OF**
**DEFENDANT RIVERA TRUCKING LLC**

1.      I am an attorney licensed to practice in the State of California and the Central District of California. I am an attorney at Woolls Peer Dollinger & Scher, APC, counsel of record for Plaintiff Williamsburg National Insurance Company in this action. I have personal knowledge of the matters stated herein and if called upon to testify as a witness, I could and would competently testify thereto.

2.      I make this declaration in support of Williamsburg's Request for Entry of Default of Defendant Rivera Trucking LLC.

3.      Williamsburg filed its Complaint in this action on May 20, 2021. Doc. 1.

4.      Federal Rules of Civil Procedure, Rule 4(e)(1) permits service in accordance with state law for serving a summons in an action brought in courts of general jurisdiction in the state where service is made. Rule 4(h)(1)(A) provides for service on a corporation in the manner prescribed by Rule 4(e)(1) for serving an individual.

5.      Cal. Corp. Code § 17701.16 provides for service on a Limited Liability Company and permits service pursuant to Cal. Civ. Proc. Code §415.20(b), which provides for service "in lieu of personal delivery of a copy of the summons and complaint to the person to be served as specified in Section… 416.90."

6.      Exhibit 1 are true and correct copies of documents from the California Secretary of State Office, indicating that Andrew Carey is the Agent for Service of Process for Rivera Trucking LLC.

7.      Exhibit 2 is a true and correct copy of the Proof of Service of the Summons and Complaint for service on Rivera Trucking LLC on June 7, 2021, pursuant to Cal. Civ. Proc. Code §415.20. Doc. No. 12.

8.      Pursuant to Cal. Civ. Proc. Code §415.20, service on Rivera Trucking LLC

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22ⁿᵈ Floor
Los Angeles, California 90017

3

855133.1

was deemed complete on the 10th day after mailing, or June 17, 2021.

9. Pursuant to Federal Rules of Civil Procedure, Rule 12(a)(1)(A)(i), Rivera Trucking LLC had 21 days to file a responsive pleading from the time of service of the Summons and Complaint, or until July 8, 2021.

10. Williamsburg filed its First Amended Complaint on June 14, 2021. Doc. No. 19.

11. Exhibit 3 is a true and correct copy of the Proof of Service of the Summons and Complaint for the First Amended Complaint on Rivera Trucking LLC on June 25, 2021, pursuant to CAL. CIV. PROC. CODE §415.20. Doc. No. 23.

12. Pursuant to CAL. CIV. PROC. CODE §415.20, service on Rivera Trucking LLC of the First Amended Complaint was deemed complete on the 10th day after mailing, or July 5, 2021.

13. Pursuant to Federal Rules of Civil Procedure, Rule 12(a)(1)(A)(i), Rivera Trucking LLC had 21 days to file a responsive pleading from the time of service of the Summons and First Amended Complaint, or until July 26, 2021.

14. Defendant Rivera Trucking LLC has not appeared or filed a responsive pleading in this action and no attorney representing Defendant Rivera Trucking LLC has contacted Woolls Peer Dollinger & Scher regarding this action. Based on the foregoing, Rivera Trucking LLC is in default and Williamsburg submits that a default should be entered by the Clerk.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2021, at Oakland, California.



/s/ Ira D. Goldberg
Ira D. Goldberg

4

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017