# Exhibit 1



# Exhibit 1

232330.1

- Skip to Main Content
- Skip to Footer

Dr. Shirley N. Weber
California Secretary of State
Navigation Menu
Social Media

- Home
- About
- Business
- Notary & Authentications
- Elections
- Campaign & Lobbying
- State Archives
- Registries
- News
- Contact

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, August 5, 2021. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200924410004    RIVERA TRUCKING, LLC

**Registration Date:**
08/31/2009
**Jurisdiction:**
CALIFORNIA
**Entity Type:**
DOMESTIC
**Status:**
ACTIVE
**Agent for Service of Process:**
ANDREW C CAREY
14416 NARCISSE DR
EASTVALE CA 92880
**Entity Address:**
12645 WELLS PL
CHINO CA 91710
**Entity Mailing Address:**
12645 WELLS PL
CHINO CA 91710
**LLC Management**
One Manager
Certificate of Status

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of August.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 06/20/2019 | View PDF for document number 19C38218 (opens in new tab) |
| SI-COMPLETE | 06/15/2016 | View PDF for document (opens in new tab) |
| REGISTRATION | 08/31/2009 | View PDF for document (opens in new tab) |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

Modify Search   New Search   Back to Search Results

# Business Entities (BE)

- Online Services
  - File LLC Statement of Information
  - File Corporation Statement of Information
  - Business Search
  - Publicly Traded Disclosure Search
  - Current Processing Dates
- Service Options
- Name Availability
- Forms, Samples & Fees
- Statements of Information (annual/biennial reports)
- Filing Tips
- Information Requests (certificates, copies & status reports)
- Service of Process
- FAQs
- Contact Information
- Resources
  - Business Resources
  - Tax Information

- - Starting A Business Checklist
- FTB Nonprofit Dissolution
  - FTB Administrative Dissolution/Surrender Notice
  - FTB Abatement
- Customer Alerts
  - Business Identity Theft
  - Misleading Business Solicitations
  - 

# Show or Hide Related Links

57.9KShare

# Show or Hide Agency

- Home
- About
- Business
- Notary & Apostille
- Elections
- Campaign & Lobbying
- State Archives
- Registries
- News
- Contact Us

# Show or Hide Resources

- Contracting Opportunities
- Career Opportunities
- Site Maintenance Schedule
- Language Access Complaint Form
- Guidelines for Access to Public Records
- Free Document Readers
- Sitemap
- California Home Page

- Facebook
- Twitter
- YouTube
- Snapchat
- Instagram

- Copyright © 2020 California Secretary of State
- 1500 11th Street, Sacramento, California 95814
- (916) 653-6814

- Back to Top ↑
- Privacy Policy
- Website Help

- [Accessibility](Accessibility)

Secondary



**Secretary of State
Statement of Information**
(Limited Liability Company)



LLC-12

**FILED
Secretary of State
State of California**

**JUN 15 2016**

26.50/NF/CC/.50/20R
This Space For Office Use Only 6-21-16

IMPORTANT — Read instructions before completing this form.

Filing Fee - $20.00

Copy Fees - Face Page $1.00 & .50 for each attachment page.
Certification Fee - $5.00

**1. Limited Liability Company Name**
Rivera Trucking LLC

**2. 12-Digit Secretary of State File Number**
200924410004

**3. State or Place of Organization** (only if formed outside of California)

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 12645 Wells Place | Chino | CA | 91710 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**5. Manager(s) or Member(s)** If no *managers* have been appointed or elected, provide the name and address of each *member*. At least one name and address must be listed. Attach additional pages, if necessary.

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Andrew | C | Carey | |
| b. Address | City (no abbreviations) | State | Zip Code |
| 14416 Narcisse Dr | Eastvale | CA | 92880 |

**6. Agent for Service of Process** Item 6a and 6b: If the agent is an **individual**, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Andrew | C | Carey | |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 14416 Narcisse Dr | Eastvale | CA | 92880 |
| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete item 6a or 6b | | | |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Transportation |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Cynthia | L | Zorn | |
| b. Address | City (no abbreviations) | State | Zip Code |
| 12645 Wells Place | Chino | CA | 91710 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 6-7-16 | Andrew Carey | CFO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

| Name: | ⌈ Andy Carey ⌉ |
|---|---|
| Company: | Rivera Trucking LLC |
| Address: | 14416 Narcisse Dr |
| City/State/Zip: | ⌊ Eastvale, CA 92880 ⌋ |

LLC-12 (REV 05/2016)

1/2

2016 California Secretary of State
www.sos.ca.gov/business/be

200921410004

5. Manager(s) or Member(s)

Additional member:
Cynthia L Zorn
12645 Wells Place
Chino, CA  91710

2/2

| | | |
|---|---|---|
| **Secretary of State**<br>Statement of No Change<br>(Limited Liability Company) | **LLC-12NC** | 19-C38218<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br>JUN 20, 2019 |
| **IMPORTANT** — **Read instructions** before completing this form.  This form may be used only if a complete Statement of Information has been filed previously and there has been no change.<br><br>**Filing Fee** – $20.00<br><br>**Copy Fee** – $1.00;<br>  Certification Fee - $5.00 plus copy fee | | *This Space For Office Use Only* |

1. **Limited Liability Company Name** (Enter the **exact** name of the LLC as it is recorded with the California Secretary of State.  Note: If you registered in California using an alternate name, see instructions.)

   RIVERA TRUCKING, LLC

| 2. **12-Digit Secretary of State File Number** | 3. **State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 200924410004 | CALIFORNIA |

4. **No Change Statement** (Do not alter the No Change Statement.  If there has been any change, please complete a Statement of Information (Form LLC-12).)

   *There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

5. The information contained herein is true and correct.

| 06/20/2019 | Andrew Carey | CFO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)**  (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address.  This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:  ⌈                                                   ⌉
Company:
Address:
City/State/Zip:  ⌊                                                   ⌋

LLC-12NC (REV 01/2017)                                          2017 California Secretary of State
                                                                www.sos.ca.gov/business/be

# Exhibit 2



# Exhibit 2

232330.1

John E. Peer  SBN: 95978
WOOLLS & PEER
One Wilshire Blvd 22nd Floor
Los Angeles, CA 90017
(213) 629-1600

# UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION
## WESTERN DIVISION

WILLIAMSBURG NATIONAL INSURANCE COMPANY Plaintiff(s)

v.

RIVERA TRUCKING LLC, ET AL.

Defendant(s)

**CASE NUMBER:** 2:21-CV-04236-MWF(JPRX)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. ☑ Summons  ☐ First Amended Complaint  ☐ Third Party Complaint
      ☑ Complaint  ☐ Second Amended Complaint  ☐ Counter Claim
      ☐ Alias Summons  ☐ Third Amended Complaint  ☐ Cross Claim
      ☑ other **See attached Document List**

2. **Person served:**
   a. ☑ Defendant (name:) **RIVERA TRUCKING LLC**
   b. ☑ Other (specify name and title or relationship to the party/business named):
      **Andrew C. Carey - Agent for Service of Process**
   c. ☑ Address where the papers were served: **14416 NARCISSE DRIVE EASTVALE, CA 92880**

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):
   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (date): **at** (time):

   b. ☑ By **Substituted Service.** By leaving copies: **Balinda Carey - Wife/Person Most Knowledgeable**
      Age: 46-50     Weight: 161-180     Hair: Brown     Sex: Female
      Height: 5'1-5'6     Eyes: Brown     Race: Latino     Marks:

      1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ **Papers were served on** (date): **6/7/2021** at (time): **2:31 PM**
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** Jun 07, 2021 - DECLARATION OF MAILING ATTACHED
      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

CV-1 (03/10)     **PROOF OF SERVICE - SUMMONS AND COMPLAINT**     PAGE 1
CVV001/LA157981

# Nationwide Legal, LLC

1609 James M. Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:** WOOLLS & PEER

**CLIENT FILE #:** Matter 14833                  **DATE:** June 07, 2021

**SUBJECT:** RIVERA TRUCKING LLC

**SERVED:** Balinda Carey - Wife/Person Most Knowledgeable

```
Summons; Complaint; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
CIVIL COVER SHEET; NOTICE TO PARTIES IF COURT-DIRECTED ADR PROGRAM;
PLAINTIFFS NOTICE OF INTERESTED PARTIES;;
```



**NATIONWIDE LEGAL**

Order#: LA157981/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

    Name of person served:

    **Title of person served:**

    **Date and time of service:** *(date):* at *(time):*

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

    **Christian Canas**
    **Nationwide Legal, LLC**
    **1609 James M Wood Blvd.**
    **Los Angeles, CA 90015**
    **(213) 249-9999**

    a. Fee for service: $ **424.60**
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration under B&P 22350(b)
    d. ☑ Registered California process server
       Registration # :**1328**
       County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **June 07, 2021**    **Christian Canas**
*Type or Print Server's Name*            *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                   PAGE 2

LA157981

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | |
|---|---|---|
| John E. Peer \| SBN: 95978<br>WOOLLS & PEER<br>One Wilshire Blvd 22nd Floor   Los Angeles, CA 90017 | | |
| TELEPHONE NO.: (213) 629-1600 \| FAX NO. \| E-MAIL ADDRESS jpeer@wpdslaw.com | | |
| ATTORNEY FOR (Name): Plaintiff: | | |
| **UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION** | | |
| STREET ADDRESS: 350 W 1ST STREET,  SUITE 4311 | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | | |
| BRANCH NAME: WESTERN DIVISION | | |
| PLAINTIFF/PETITIONER: WILLIAMSBURG NATIONAL INSURANCE COMPANY | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: RIVERA TRUCKING LLC, ET AL. | 2:21-CV-04236-MWF(JPRX) | |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: Matter 14833 | |

I, Christian Canas , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: RIVERA TRUCKING LLC as follows:

Documents:

**Summons; Complaint; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE TO PARTIES IF COURT-DIRECTED ADR PROGRAM; PLAINTIFFS NOTICE OF INTERESTED PARTIES;;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 5/25/2021 | 7:49 PM | Home | There was no answer at the door. I heard no activity inside the house.<br>14416 NARCISSE DRIVE,  EASTVALE, CA 92880 |
| 5/27/2021 | 5:15 PM | Home | There was no answer at the door. I heard no activity inside the house. All the blinds are closed. No cars parked on the driveway.<br>14416 NARCISSE DRIVE,  EASTVALE, CA 92880 |
| 5/30/2021 | 10:34 AM | Home | There was no answer at the door. I heard no activity inside the house. Neighbor has no idea who lives here.<br>14416 NARCISSE DRIVE,  EASTVALE, CA 92880 |
| 6/7/2021 | 2:31 PM | Home | Substituted service on: RIVERA TRUCKING LLC; 14416 NARCISSE DRIVE, EASTVALE, CA 92880; by serving: Balinda Carey - Wife/Person Most Knowledgeable, Latino Female 46-50 161-180 Brown 5'1-5'6 Brown. |

Fee for Service: **$ 424.60**
County:  **San Bernardino**
Registration No.:  **1328**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  June 07, 2021.

Signature: _____

**Christian Canas**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA157981

| Attorney or Party without Attorney: | | | |
|---|---|---|---|
| John E. Peer, SBN: 95978<br>WOOLLS & PEER<br>One Wilshire Blvd 22nd Floor<br>Los Angeles, CA 90017<br>TELEPHONE No.: (213) 629-1600 | E-MAIL ADDRESS (Optional): jpeer@wpdslaw.com<br>FAX No. (Optional): | | |
| Attorney for: Plaintiff | | | |
| | Ref No. or File No.:<br>Matter 14833 | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION - WESTERN DIVISION

Petitioner: WILLIAMSBURG NATIONAL INSURANCE COMPANY
Respondent: RIVERA TRUCKING LLC, ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-CV-04236-MWF(JPRX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; NOTICE TO PARTIES IF COURT-DIRECTED ADR PROGRAM; PLAINTIFFS NOTICE OF INTERESTED PARTIES;;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        June 07, 2021
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   RIVERA TRUCKING LLC
                              ATTENTION: Andrew C. Carey - Agent for Service of Process
                              14416 NARCISSE DRIVE
                              EASTVALE, CA 92880

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 424.60**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 07, 2021**.

Signature:_____

**Angela Martirosyan**

**PROOF OF SERVICE BY MAIL**

Order#: LA157981/mailproof

# Exhibit 3



# Exhibit 3

232330.1

John E. Peer  SBN:  95978
WOOLLS & PEER
One Wilshire Blvd 22nd Floor
Los Angeles, CA 90017
(213) 629-1600

# UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION
# WESTERN DIVISION

**WILLIAMSBURG NATIONAL INSURANCE COMPANY** Plaintiff(s)

v.

**RIVERA TRUCKING LLC, et al.**

Defendant(s)

**CASE NUMBER:**
**2:21-CV-04236-MWF(JPRX)**

## PROOF OF SERVICE
## SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☐ Summons  ☒ First Amended Complaint  ☐ Third Party Complaint
      ☐ Complaint  ☐ Second Amended Complaint  ☐ Counter Claim
      ☐ Alias Summons  ☐ Third Amended Complaint  ☐ Cross Claim
      ☒ other **See attached Document List**

2. **Person served:**
   a. ☒ Defendant *(name:)* **RIVERA TRUCKING LLC**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **Andrew C. Carey - Agent for Service of Process**
   c. ☒ Address where the papers were served: **14416 Narcisse Dr**
      **Eastvale, CA 928801070**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** *(date):* **at** *(time):*
   b. ☒ By **Substituted Service.** By leaving copies: **Bolinda Carey - Person In Charge/Wife**
      Age: 51-55   Weight: 161-180   Hair: Black   Sex: Female
      Height: 5'1-5'6   Eyes: Brown   Race: Latino   Marks:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date):* **6/25/2021** at *(time):* **4:45 PM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ **papers were mailed on** Jun 25, 2021 - DECLARATION OF MAILING ATTACHED
      6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.
   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC**
1609 James M. Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | WOOLLS & PEER | | |
| **CLIENT FILE #:** | Matter 14833 | **DATE:** | August 12, 2021 |
| **SUBJECT:** | RIVERA TRUCKING LLC | | |
| **SERVED:** | Bolinda Carey - Person In Charge/Wife | | |

**First Amended Complaint; SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE;**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:**  *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **Christian Canas**
   **Nationwide Legal, LLC**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**

   a. Fee for service: $ **405.50**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**1328**
      County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **August 12, 2021**      _____**Christian Canas**_____      _____
                                 *Type or Print Server's Name*                        *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                                   PAGE 2
                                                                                               LA165521

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> John E. Peer \| SBN:  95978 <br> WOOLLS & PEER <br> One Wilshire Blvd 22nd Floor   Los Angeles, CA 90017 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 629-1600 \| FAX NO.   \| E-MAIL ADDRESS jpeer@wpdslaw.com <br> ATTORNEY FOR *(Name)*: Plaintiff WILLIAMSBURG NATIONAL INSURANCE COMPANY: | |

| UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION |
|---|
| STREET ADDRESS: 350 W 1ST STREET,  SUITE 4311 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: WESTERN DIVISION |

| PLAINTIFF/PETITIONER:   WILLIAMSBURG NATIONAL INSURANCE COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  RIVERA TRUCKING LLC, et al. | 2:21-CV-04236-MWF(JPRX) |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: Matter 14833 |

I, Christian Canas , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: RIVERA TRUCKING LLC as follows:
Documents:
   First Amended Complaint; SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 6/19/2021 | 7:56 AM | Business | There was no answer at the door. All the blinds are closed. Car parked on the driveway with car cover. <br> 14416 Narcisse Dr,  Eastvale, CA 928801070 |
| 6/22/2021 | 4:07 PM | Business | There was no answer at the door. The blinds are open. I see no movement inside the house. <br> 14416 Narcisse Dr,  Eastvale, CA 928801070 |
| 6/25/2021 | 4:45 PM | Business | Substituted service on: RIVERA TRUCKING LLC; 14416 Narcisse Dr, Eastvale, CA 92880-1070; by serving: Bolinda Carey - Person In Charge/Wife, Latino Female 51-55 161-180 Black 5'1-5'6 Brown. |

Fee for Service: **$ 405.50**
   County:  **San Bernardino**
   Registration No.:  **1328**
   **Nationwide Legal, LLC**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 12, 2021.

Signature:_____
                                **Christian Canas**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA165521

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>John E. Peer, SBN: 95978<br>WOOLLS & PEER<br>One Wilshire Blvd 22nd Floor<br>Los Angeles, CA 90017<br>TELEPHONE No.: (213) 629-1600 | E-MAIL ADDRESS (Optional): jpeer@wpdslaw.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
| Attorney for: Plaintiff WILLIAMSBURG NATIONAL INSURANCE COMPANY | Ref No. or File No.:<br>Matter 14833 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT OF CALIFORNIA - WESTERN DIVISION - WESTERN DIVISION

Petitioner: WILLIAMSBURG NATIONAL INSURANCE COMPANY
Respondent: RIVERA TRUCKING LLC, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:21-CV-04236-MWF(JPRX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the First Amended Complaint; SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing: June 25, 2021
   b. Place of Mailing: Los Angeles, CA
   c. Addressed as follows: RIVERA TRUCKING LLC
      ATTENTION: Andrew C. Carey - Agent for Service of Process
      14416 Narcisse Dr
      Eastvale, CA 92880-1070

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 405.50**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 12, 2021**.

Signature: _____
**Angela Martirosyan**

**PROOF OF SERVICE BY MAIL**

Order#: LA165521/mailproof