UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-4236-MWF(JPRx)**                                Dated: **March 4, 2022**

Title:      Williamsburg National Insurance Co., -v- Rivera Trucking LLC, Inc.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Stipulation For The Record [44] filed March 1, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for April 18, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

MINUTES FORM 90                                                 Initials of Deputy Clerk __rs__
CIVIL - GEN