JOHN E. PEER - State Bar No. 95978
jpeer@wpdslaw.com
IRA D. GOLDBERG– State Bar No. 88465
igoldberg@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
WILLIAMSBURG NATIONAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RIVERA TRUCKING LLC, OHIO SECURITY INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:21-cv-04236-MWF (JPRx) <br><br> **NOTICE OF DISMISSAL OF DEFENDANT OHIO SECURITY INSURANCE COMPANY PURSUANT TO FRCP 41(a)(1)(A)(ii)** <br><br><br> Complaint filed: May 20, 2021 |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Williamsburg National Insurance Company, dismisses the following Claims for Relief as against defendant Ohio Security Insurance Company ("Ohio Security"):

The First Claim for Relief, Declaratory Relief - No Duty to Defend as Against Ohio Security, with prejudice.

The Second Claim for Relief, Declaratory Relief – No Duty to Indemnify as Against Ohio Security, without prejudice.

*Woolls Peer Dollinger & Scher*
*A Professional Corporation*
*One Wilshire Building, 624 South Grand Avenue, 22nd Floor*
*Los Angeles, California 90017*

The Third Claim for Relief, Declaratory Relief –Duty to Defend as Against Ohio Security, with prejudice.

The Fourth Claim for Relief, Equitable Contribution – Defense as Against Ohio Security, with prejudice.

The Fifth Claim for Relief, Equitable Subrogation – Defense as Against Ohio Security, with prejudice.

DATED:  March 8, 2022                WOOLLS PEER DOLLINGER & SCHER
                                     A Professional Corporation


                                     /s/ Ira D. Goldberg
                                      JOHN E. PEER
                                      IRA D. GOLDBERG
                                     Attorneys for Plaintiff
                                     WILLIAMSBURG NATIONAL
                                     INSURANCE COMPANY

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

2

909271.1